AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| Wright | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:20-cv-00473-DPJ-FKB |
| Moore | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dorsyl Wright, Plaintiff

Date: 08/18/2020

*Attorney's signature*

W. David Watkins, MSB 6986
*Printed name and bar number*

MS Center for Legal Services Corporation
414 South State Street, Suite 300
P.O. Box 951
Jackson, MS 39205
*Address*

wwatkins@mslegalservices.org
*E-mail address*

(601) 940-5256
*Telephone number*

(601) 948-6759
*FAX number*