## AFFIRMATIVE DEFENSES

1. Defendant(s) hereby incorporate(s) by reference those affirmative defenses enumerated in JCRCP 8 as though fully set forth herein, as applicable upon discovery. In the event further investigation or discovery reveals the applicability of any such defenses, Defendant(s) reserve(s) the right to seek leave of court to amend this Answer to more specifically assert any such defense. Such defenses are herein incorporated by reference for the specific purposes of not waiving any such defenses.

\_\_\_\_\_. Accord and satisfaction.

\_\_\_\_\_ Arbitration and award.

\_\_\_\_\_ Assumption of risk.

\_\_\_\_\_ Contributory negligence.

\_\_\_\_\_ Discharge in bankruptcy.

\_\_\_\_\_ Duress.

\_\_\_\_\_ Estoppel.

\_\_\_\_\_ Failure of consideration.

_X_ Fraud. Plaintiff does not reside in Mississippi.

\_\_\_\_\_ Illegality.

\_\_\_\_\_ Injury by fellow servant.

\_\_\_\_\_ Laches.

\_\_\_\_\_ License.

\_\_\_\_\_ Payment.

\_\_\_\_\_ Release.

_*_ Res Judicata. See exhibit 7a-C. Previous court judgement. (attached)

\_\_\_\_\_ Statute of frauds.

\_\_\_\_\_ Statute of limitations.

\_\_\_\_\_ Waiver.

Answer/PS/57/3-15/10

```
ABSTRACT OF CIVIL COURT RECORD FROM JUSTICE COURT
==================================================================
THE STATE OF MISSISSIPPI                        BOOK   300 PAGE    1461
KEMPER   COUNTY                                 STATUS:    A
```

In the Justice Court of said County at the    August term thereof, A.D. 2019, judgement was rendered as follows, namely: in the case of

```
WRIGHT DORSYL                   Amount of Judgement rendered
VS                                 th day of          , 0000
DAVIS KATHY                     COURT FEE   ............ $     64.00
300 WALTER REED RD                          ............ $
PRESTON, MS 39354                           ............ $
                                            ............ $
                                            ............ $
                                TOTAL ................. $     64.00
                                AMOUNT PAID ON JUDGEMENT $
                                LEAVING DUE THEREON .... $     64.00
```

CAUSE OF ACTION: REPLEVIN                          FILED: 08/13/2019

DISPOSITION:  NO JUDGEMENT GIVEN                   DATE:  08/27/2019

JUDGMENT DATE:  00/00/0000    IN FAVOR OF:

JUDGMENT AMOUNT               GARNISHMENT:   (Y/N)

DORSYL WRIGHT ACKNOWLEDGED UNDER OATH THAT SHE WAS AWARE OF FORCLOSURE
FEB 2019 AND NOTICE FROM CHANCERY COURT JUNE 2019 AND KATHY DAVIS OWNED
THE PROPERTY AS OF JULY 11, 2019. NO JUDGMENT RENDERED AGAINST KATHY DAVIS
08/27/2019, GULLY

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE COURT RECORD AS
RECORDED IN : BOOK   300      PAGE    1461

                              LYNN PUCKETT, CLERK
                              KEMPER  COUNTY JUSTICE COURT


                              BY: _____,Clerk


** Please Reference BOOK   300 PAGE    1461on all correspondence

## JUDGEMENT/ADDENDUM INFORMATION

Affidant Dorsl Wright acknowledged under oath that she was aware of foreclose Feb 2019 and notice from Chancery June 2019 and Kathy Davis owned property as of July 11, 2019 no judgement rendered against Kathy Davis

ADDENDUM INFORMATION

8-27,- fully

Attorney
Jeram Chalmers



**Chalmers Law Inc.**

Jeremy Chalmers
*Attorney At Law*

507 Center Ave
PO Box 515
Philadelphia, MS 39350

601-416-5225
Jeremy@ChalmersLaw.com