

Exhibit 1
Before plaintiff move from residence
7/18
washer
I.A
Before 7/21/19

I.A





← closet doors B/4 7/20/19
1.D
7/18
closet
1.D

