





After 7/20/19









