3A

# Office of the Sheriff
## Kemper County, Mississippi

330 Stennis Industrial Park Road    Telephone: 601-743-4880    DeKalb, Mississippi 39328
Fax: 601-743-4882

James R. Moore, *Sheriff*

## VICTIM INFORMATION FORM

**Name:** Kathy Davis
**Address:** 434 Suttle Rd, Preston, MS 39354
**Contact Number(s):** 601-416-9288
**Complaint Filed Against:** Dorsyl Wright 300 Walter Reed Rd.

**Statement of facts that you are personally aware of regarding this case:**

This was July 11, 2019 I purchased property @ 300 Walter Reed Rd. Preston, MS. I immediately told tennant I purchased property. I was informed she was selling items out of house and I went to ask. She immediately got hostile saying she wanted to fuck me up, went into house slammed door and said she should "blow my ass away." I called police Ofc. Daniel H. came to scene. He spoke with both of us. I asked if I could take pictures, she refused. Ofc had to make her let me in MY house. She threatened me in front of Ofc., Lovell Brown and Sabrina Williams. NOT sure if officer made incident report. I also spoke with Sherriff Mike this morn he's suppose to call back about trespassing.
※ Rec'd a call from Shapiro & Brown LLC, Eric Miller (601-981-9299) saying he'd called because Dorsyl Wright called them stating she'd kill me if I came back to my property. His advise was to contact authorities.

**Victim's Signature:** Kathy Davis    **Date Filed:** 7/18/19
**Witness Signature:** _____



# INCIDENT/OFFENSE REPORT
## Kemper County Sheriff's Department

### CASE NUMBER: KSO1907023

| OFFENSE | INCIDENT TYPE | COMPLETED | FORCED ENTRY | PREMISE TYPE | TYPE VICTIM |
|---|---|---|---|---|---|
| | 1. DISTURBANCE | ☐ YES ☐ NO | ☐ YES ☐ NO | RESIDENCE | ☐ INDIVIDUAL |
| | 2. | ☐ YES ☐ NO | ☐ YES ☐ NO | | ☐ BUSINESS |
| | 3. | ☐ YES ☐ NO | ☐ YES ☐ NO | | ☐ FINANCIAL INST. |
| | | | | | ☐ GOVERNMENT |
| | | | | | ☐ UNKNOWN |
| | | | | | ☐ POLICE OFFENSE |

| INCIDENT LOCATION (ADDRESS) | CITY | STATE | ZIP | WEAPON TYPE |
|---|---|---|---|---|
| 300 WALTER REED RD | PRESTON | MS | 39328 | |

| INCIDENT DATE | TIME OCCURRED | DISPATCH DATE | DISPATCH TIME | TIME ARRIVED | TIME COMPLETE |
|---|---|---|---|---|---|
| 7/18/19 | 10:00 ☐ AM / PM ☐ | 7/18/19 | 10:00 ☐ AM / PM ☐ | 10:27 ☐ AM / PM ☐ | 10:45 ☐ AM / PM ☐ |

**VICTIM**

| VICTIM'S NAME | RACE | SEX | AGE | DOB | PHONE NUMBER |
|---|---|---|---|---|---|
| KATHY DAVIS | B | F | | 12/27/66 | 6014169288 |

| VICTIM'S ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 434 SUTTLE RD | PRESTON | MS | 39328 |

| HEIGHT | WEIGHT | HAIR | EYES | VISABLE INJURY | DESCRIBE INJURY: | NON-VISABLE COMPLAINT |
|---|---|---|---|---|---|---|
| ' " | | | | ☐YES ☐ NO | | ☐ YES ☐ NO |

VICTIM USING:
ALCOHOL ☐ YES  NO ☐  UNK.
DRUGS     ☐ YES  NO ☐  UNK.

**SUSPECT**

| | NAME | RACE | SEX | AGE | DOB | HIEGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|
| ☐ SUSPECT | DORSYL WRIGHT | B | F | | | ' " | | |
| ☐ RUNAWAY | APPEARANCE (FACIAL HAIR, CLOTHES, TATOOS, ETC.) | | | | | | | |
| ☐ WANTED | | | | | | | | |
| ☐ ARREST | ADDRESS | CITY | | | | | STATE | ZIP CODE |
| | 300 WALTER REED RD | PRESTON | | | | | MS | 39328 |
| ☐ JAIL | SUSPECT USING: | ARRESTED NEAR SCENE | | ARREST DATE | | TIME OF ARREST | | |
| | ALCOHOL ☐ YES  NO ☐  UNK. ☐ | ☐ YES   NO ☐ | | | | : ☐ AM / PM ☐ | | |
| | DRUGS   ☐ YES  NO ☐  UNK. ☐ | | | | | | | |

**PROPERTY**

| STOLEN | |
|---|---|
| DAMAGED | |
| BURNED | |
| RECOVERED | |
| SIEZED | |

| REPORTING OFFICER | BADGE # | REPORT DATE | TIME OF REPORT | OFFICER SIGNATURE |
|---|---|---|---|---|
| DANIEL HAGGARD | K8 | 7/19/19 | 12:15 ☐ AM / PM ☐ | N. Haggard K8 |

NARRATIVE: ON THE ABOVE TIME AND DATE I DEPUTY HAGGARD RESPONDED TO 300 WALTER REED RD FOR A DISTURBANCE. UPON MY ARRIVAL I COULD HEAR LOUD SHOUTING BEHIND THE RESIDENCE AND AT THAT TIME I MADE MY WAY AROUND THE HOUSE. WHEN I GOT TO THE BACK PORCH I SAW 4 WOMEN, 1 ELDERLY LADY WAS SITTING AT A SMALL TABLE AND THE OTHER 3 LADIES WERE HAVING A VERY LOUD ARGUMENT. I DEPUTY HAGGARD THEN TRIED TO DEESCALATE THE SITUATION AND CALM EVERYONE DOWN. KATHY DAVIS AND DORSYL WRIGHT WERE ARGUING OVER THE HOUSE AND CONTNENTS OF THE HOME THAT MS. DAVIS HAD RECENTLY PURCHASED AT A COURTHOUSE AUCTION. AFTER THE SITUATION WAS SEMI CALM MS. DAVIS WAS ALLOWED TO TAKE PICTURES OF THE INSIDE OF THE HOME AND I DEPUTY HAGGARD ACCOMPANIED HER AS SHE DID SO. AFTER THE PHOTOGRAPHS WERE TAKEN EVERYONE LEFT THE HOME AND MS. DAVIS WAS ADVISED TO COME TO THE SHERIFF'S OFFICE TO GIVE A STATEMENT AND TALK TO AN INVESTIGATOR. ALSO ATTACHED TO THIS REPORT IS A STATEMENT GIVEN BY KATHY DAVIS. END OF REPORT.


3C

## IN THE JUSTICE COURT OF KEMPER COUNTY, STATE OF MISSISSIPPI

STATE OF MISSISSIPPI

VS                                    Docket # _____ Page # _____

Dorsyl Wright, DEFENDANT

### CRIMINAL AFFIDAVIT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF MISSISSIPPI:

I, Kathy Davis, being duly sworn, make this affidavit that Dorsyl Wright, the DEFENDANT, on or about the 18th day of July, 20 19, and within the jurisdiction of this County, did willfully and unlawfully: (Specify the criminal conduct constituting the offense)

Attempt to put Kathy Davis in fear of Eminent serious bodily harm by threatening to kill her if she comes back to her property (the owner is Kathy Davis). This happened at 300 Walter Reed Rd Preston MS 39354 in Kemper County. This is in violation of Simple Assault - Attempt to Create Fear 97-3-7(1)(a)(iii). Miss Code 1972 Annotated

against the peace and dignity of the state.

Kathy Davis
AFFIANT

Sworn to and subscribed before me this the 18th day of July, 20 19.

[SEAL: KEMPER COUNTY MISSISSIPPI JUSTICE COURT CLERK]

_____
JUSTICE COURT CLERK / D.C.