Case 3:20-cv-00473-DPJ-FKB   Document 11-5   Filed 08/31/20   Page 1 of 1

Exhibit 4

# Office of the Sheriff
## Kemper County, Mississippi

330 Stennis Industrial Park Road    Telephone: 601-743-4880    DeKalb, Mississippi 39328
Fax: 601-743-4882

James R. Moore, *Sheriff*

## VICTIM INFORMATION FORM

**Name:** Kathy Davis    **SSN:** _____
**Address:** 434 Suttle Rd. Preston, MS 39354
**Contact Number(s):** 601-416-9288
**Complaint Filed Against:** Dorsyl Wright, 300 Walter Reed Rd Preston, MS 39354 (I own this property)

**Statement of facts that you are personally aware of regarding this case:**

On July 11, 2019, I purchased above property at Kemper County Ct Step in an auction. I advise Dorsyl the same date. On July 18, I was told she was selling items so I went over to ask her to leave washer/dryer, everything within property now belongs to me. She got irate. Saying "bitch you need to leave I should fuck you up right now" she proceeded into house slammed door and yelled "I should blow your ass away" At that time I called police and waited in my car. She came to car screaming I need to leave while cursing + threatening. Officer Haggard arrived talk to both of us, and I wanted to take pictures and she refused. He had to make her let me in because she was still being combative.

* She later called Realty Co to threaten my life as well
ERIC MILLER of Shapiro + Brown LLC called to advise

**Victim's Signature:** Kathy Davis    **Date Filed:** _____
**Witness Signature:** _____