Office of the Sheriff
County Mississippi

Telephone: 601-743-488
Fax: 601-743-483

Vanessa R. Moore

## VICTIM INFORMATION FORM

Exhibit 5

Name: Kathy Davis    SSN: _____
Address: 434 Suttle Rd. Preston, MS 39354
Contact Number(s): 601-416-9288
Complaint Filed Against: Dorsyl Wright  300 Walter Reed Rd Preston, MS 39354

Statement of facts that you are personally aware of regarding this case:

Dorsyl Wright was asked to leave property because I purchased in an auction July 11 with three acres of land. Dorsyl took upon herself to move everything out of 300 Walter Reed Rd. to 346 Walter Reed Rd which is still my property on my land. Ultimately she trespassed and stole my propert. When I purchased property everything there in came with it.

She took doors off hinges and moved. She took stove, fridge, washer, dryer and other items. She also had guys putting up a shed on my land.

She is not welcome on propert unless escorted by a sherriff to get personal belongings.

Victim's Signature: Kathy Davis     Date Filed: 7·22·2019
Witness Signature: _____