Exhibit A

# Office of the Sheriff
## Kemper County, Mississippi

130 Stennis Industrial Park Road    Telephone: 601-743-4880    DeKalb, Mississippi 39328
                                      Fax: 601-743-4882

James R. Moore, Sheriff

## VICTIM INFORMATION FORM

Name: Kathy Davis      SSN: _____
Address: 434 Suttle Rd
Contact Number(s): 601-416-9288
Complaint Filed Against: Dorsyl Wright

Statement of facts that you are personally aware of regarding this case:

Dorsyl Wright has continuously traspassed on my property @ 300 Walter Reed Rd. She's been seen in a blue pick-up truck by my aunt Lovell Brown and cousin Sabrina Williams.

She was removed from property on July 21 and told not to return unless it was with an officer. But this grace period is over.

On July 30, I went to property to check thing and noticed locks on doors were not how I left them. I fixed them on today July 31. I went back and all deadbolts had been 'unlocked' so she could get in and out of the property.

I called the Sherriffs to come out to file trespassing charges and have her arrested.

Victim's Signature: Kathy Davis     Date Filed: 7/31/19
Witness Signature: _____



## IN THE JUSTICE COURT OF KEMPER COUNTY, STATE OF MISSISSIPPI

STATE OF MISSISSIPPI

VS                                                                Docket # _____ Page # _____

Dorsyl Wright, DEFENDANT

### CRIMINAL AFFIDAVIT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF MISSISSIPPI:

I, Kathy Davis, being duly sworn, make this affidavit that Dorsyl Wright, the DEFENDANT, on or about the 30th day of July, 20 19, and within the jurisdiction of this County, did willfully and unlawfully: (Specify the criminal conduct constituting the offense)

Without Authority of law go into and upon the premises of Kathy Davis after having been forbidden to do so by said Kathy Davis at 300 Walter Reed Rd. Preston, MS 39354 in Kemper County. This is in violation of Trespass After Warning 97-17-97. Miss Code 1972 Annotated.

against the peace and dignity of the state.

Kathy Davis
AFFIANT

Sworn to and subscribed before me this the 31st day of July, 20 19.

[SEAL - KEMPER COUNTY MISSISSIPPI JUSTICE COURT CLERK]

JUSTICE COURT CLERK / D.C.