JUSTICE COURT REPLEVIN
===================================================================
DOCKET  300    1461

7a.

THE STATE OF MISSISSIPPI
TO ANY LAWFUL OFFICER OF KEMPER COUNTY

THIS IS TO COMMAND YOU TO SUMMON:      DAVIS KATHY
                                       300 WALTER REED RD
                                       PRESTON, MS 39354

APPEAR BEFORE A JUSTICE COURT JUDGE ON           August 27th        2019
AT 2 P.M. AT      KEMPER CO. COURT HOUSE
                  280 VETERANS DR.
                  DEKALB, MS. 39328

TO ANSWER SUIT OF:     WRIGHT DORSYL
                       346 WALTER REED RD
                       PRESTON, MS 39354

AND SHOW CAUSE WHY THE POSSESSION OF THE DESCRIBED PROPERTY IN THE
PLAINTIFF'S AFFIDAVIT DESRIBED AS:
AND HAVE THEN AND THERE THIS WRIT.      64.00

WITNESS BY MY HAND AND SEAL ON THE ____13th____ DAY OF __Aug.__, 2018

[SEAL: KEMPER COUNTY MISSISSIPPI JUSTICE COURT CLERK]

                                        _____
                                        JUSTICE COURT CLERK
                                        KEMPER COUNTY

*******************************************************************************
*   NOTICE:                                                                    *
*           YOU ARE BEING SUED, SHOULD YOU FAIL TO APPEAR AND FILE             *
*           YOUR ANSWER TO SAID SUIT ON THE DATE YOU ARE SUMMONED              *
*           A MONEY JUDGEMENT WILL BE ENROLLED AGAINST YOU.                    *
*******************************************************************************

===================================================================
RETURN:
STATE OF MISSISSIPPI
KEMPER COUNTY
I HAVE THIS DAY EXECUTED THE WITHIN REPLEVIN PERSONALLY BY DELIVERING TO
THE WITHIN NAMED, DAVIS KATHY
A TRUE AND EXACT COPY OF THE FOLLOWING BY THE FOLLOWING:
                    _____   SERVED IN PERSON

                    _____   LEFT REPLEVIN WITH A FAMILY MEMBER
                                 WHO IS 16 YEARS OF AGE OR OLDER

posted front door   ____X_____   POSTED AT THE RESIDENCE

WITNESS MY HAND THIS DATE: _8-14-19_            _Ray C. Will_
                    DATE                        CONSTABLE OR DEPUTY

ABSTRACT OF CIVIL COURT RECORD FROM JUSTICE COURT
================================================================

THE STATE OF MISSISSIPPI                         BOOK   300  PAGE    1461
KEMPER   COUNTY                                  STATUS:       A

In the Justice Court of said County at the    August term thereof, A.D.
2019, judgement was rendered as follows, namely: in the case of

WRIGHT DORSYL                       Amount of Judgement rendered
VS                                    th day of         , 0000
DAVIS KATHY                         COURT FEE    ............ $     64.00
300 WALTER REED RD                               ............ $
PRESTON, MS 39354                                ............ $
                                                 ............ $
                                                 ............ $
                                    TOTAL .................. $     64.00
                                    AMOUNT PAID ON JUDGEMENT $
                                    LEAVING DUE THEREON .... $     64.00


CAUSE OF ACTION: REPLEVIN                     FILED: 08/13/2019

DISPOSITION:  NO JUDGEMENT GIVEN              DATE:  08/27/2019

JUDGMENT DATE:  00/00/0000    IN FAVOR OF:

JUDGMENT AMOUNT               GARNISHMENT:     (Y/N)

DORSYL WRIGHT ACKNOWLEDGED UNDER OATH THAT SHE WAS AWARE OF FORCLOSURE
FEB 2019 AND NOTICE FROM CHANCERY COURT JUNE 2019 AND KATHY DAVIS OWNED
THE PROPERTY AS OF JULY 11, 2019. NO JUDGMENT RENDERED AGAINST KATHY DAVIS;
08/27/2019, GULLY

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE COURT RECORD AS
RECORDED IN : BOOK   300      PAGE    1461

                              LYNN PUCKETT, CLERK
                              KEMPER   COUNTY JUSTICE COURT

                              BY: _____, Clerk

                              [SEAL: KEMPER COUNTY MISSISSIPPI JUSTICE COURT CLERK]

** Please Reference BOOK   300 PAGE    1461on all correspondence

## JUDGEMENT/ADDENDUM INFORMATION

Affidant Dorsl Wright acknowledged under oath that she was aware of foreclosure Feb 2019 and notice from chancery June 2019 and Kathy Davis owned property as of July 11, 2019 no judgement rendered against Kathy Davis

8-27-20
Fully

ADDENDUM INFORMATION

Attorney
Jeram Chalmers



**Chalmers Law Inc.**

Jeremy Chalmers
Attorney At Law

507 Center Ave
PO Box 515
Philadelphia, MS 39350

601-416-5225
Jeremy@ChalmersLaw.com
www.ChalmersLaw.com