IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DORSYL WRIGHT**                                                                                                    **PLAINTIFF**

**V.**                                                    **CIVIL ACTION NO.: 3:20-CV-473-DPJ-FKB**

**JAMES R. MOORE, DANIEL HAGGARD,
ERIC SCOTT, ALLEN GRIFFIN, JOHN DOE
KEMPER COUNTY, MISSISSIPPI, DEPUTY
SHERIFFS ONE THROUGH FOUR, OFFICE
OF THE SHERIFF OF KEMPER COUNTY,
MISSISSIPPI, KEMPER COUNTY, MISSISSIPPI,
AND KATHY DAVIS**                                                                                    **DEFENDANTS**

## ENTRY OF APPEARANCE

Comes now the undersigned, Lance W. Martin, of Allen, Allen, Breeland & Allen, PLLC, and hereby enters his appearance as one of the attorneys for Defendants James R. Moore, Daniel Haggard, Eric Scott, Allen Griffin, Office of the Sheriff of Kemper County, Mississippi, and Kemper County, Mississippi.

This the 4th day of December, 2020.

Respectfully submitted,

**JAMES R. MOORE, DANIEL HAGGARD, ERIC SCOTT, ALLEN GRIFFIN, OFFICE OF THE SHERIFF OF KEMPER COUNTY, MISSISSIPPI, AND KEMPER COUNTY, MISSISSIPPI**

BY:   */s/ Lance W. Martin*
        One of Their Attorneys

ROBERT O. ALLEN (MSB #1525)
WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS 39602
Tel: 601-833-4361
ballen@aabalegal.com
wallen@aabalegal.com
lmartin@aabalegal.com

## CERTIFICATE

I, the undersigned, of Allen, Allen, Breeland & Allen, PLLC, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which gave notice of same to the following:

>Samuel L. Begley, Esq.
>P. O. Box 287
>Jackson,, MS  39205
>begleylaw@gmail.com
>
>David Watkins, Sr., Esq.
>Mississippi Center for Legal Services Corporation
>P. O. Box 951
>Jackson, MS  39205
>wwatkins@mslegalservices.org
>   *Attorneys for Plaintiff*

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participant:

>Kathy Davis
>300 Walter Reed Road
>Preston, MS  39354

This the 4th day of December, 2020.

>>>*/s/ Lance W. Martin*
>>>OF COUNSEL

2