I have this day executed the within writ personally on the within named Deersyl Wright

# WARRANT

By delivering a true copy of the same this 12 day of August 20 19

James Moore _____ Sheriff.

K3

Deputy Sheriff

THE STATE OF MISSISSIPPI,

TO ANY LAWFUL OFFICER OF KEMPER COUNTY:

We command you forthwith to take the body of Deersyl Wright _____ and bring him/her before the undersigned, a Justice Court Judge of said County, to answer the State of Mississippi on a charge of _____

Tresspass after Warning
(97-17-97)
Miss Code 1972 Annotated.

Bond is set at $ 323.75.

Witness my hand this 2 day of August, 2019.

Mary Bell
Justice Court Judge

---

I have this day executed the within writ personally on the within named _____ By delivering a true copy of the same this ___ day of _____, 2019.

_____
Officer



EXHIBIT A

CLT-(WRIGHT)-000030

IN THE JUSTICE COURT OF KEMPER COUNTY, STATE OF MISSISSIPPI

STATE OF MISSISSIPPI

VS                                                                 Docket # _____ Page # _____

Dorsyl Wright, DEFENDANT

CRIMINAL AFFIDAVIT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF MISSISSIPPI:

I, Kathy Davis, being duly sworn, make this affidavit that Dorsyl Wright, the DEFENDANT, on or about the 30th day of July, 2019, and within the jurisdiction of this County, did willfully and unlawfully: (Specify the criminal conduct constituting the offense)

Without Authority of law go into and upon the premises of Kathy Davis after having been Forbidden to do so by said Kathy Davis at ▮▮▮▮▮▮▮▮▮▮ MS 39354 in Kemper County. This is in Violation of Trespass After Warning 97-17-97. Miss Code 1972 Annotated.

against the peace and dignity of the state.

Kathy Davis
AFFIANT

Sworn to and subscribed before me this the 31st day of July, 2019.

[SEAL - KEMPER COUNTY MISSISSIPPI JUSTICE COURT CLERK]

JUSTICE COURT CLERK / D.C.

CLT-(WRIGHT)-000031

Affiant's information:

Name: Kathy Davis

Mailing address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, MS 39354

Daytime telephone: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Defendant's information:

Name: Dorsyl Wright

Mailing address: ,

Physical address, if different from mailing address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, MS 39354

Telephone: _____.

CLT-(WRIGHT)-000032