IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF MISSISSIPPI
Northern Division

**DORSYL WRIGHT**                                                                                   **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO.: 3:20-cv-473-DPJ-FKB**

**JAMES R. MOORE, ET AL**                                                               **DEFENDANTS**

## PLAINTIFF'S NOTICE OF SERVICE OF PLAINTIFF'S DISCOVERY TO KATHY DAVIS

Notice is hereby given that the Plaintiff Dorsyl Wright has this day served her interrogatories and request for production of documents propounded to Kathy Davis on the following persons:

William R. Allen (#100541)
Lance W. Martin (MSB #105203)
Allen, Allen, Breeland & Allen, PLLC
P. O. Box 751
Brookhaven, MS  39602-0751
*Attorneys for James R. Moore, Daniel Haggard, Eric Scott, Allen Griffin, Office of the Sheriff of Kemper County, Mississippi, and Kemper County, Mississippi (the Kemper County Defendants)*

Kathy Davis
300 Walter Reed Road
Preston, MS  39354
*Pro Se  Defendant*

The undersigned retains the original of the above document as custodian thereof.

Dated: February 9, 2022.

                                                                        Respectfully submitted,

1

**DORSYL WRIGHT**
**PLAINTIFF**


_/s/ Samuel L. Begley, Esq._
Samuel L. Begley, Esq.
( Miss. Bar No. 2315)
BEGLEY LAW FIRM, PLLC
P. O. Box 287
Jackson, MS 39205
Tel: 601-969-5545
begleylaw@gmail.com

W. David Watkins, Sr.
( Miss. Bar No.6986 )
Foreclosure Defense Staff Attorney
MS Center for Legal Services
Corporation
P.O. Box 951
Jackson, MS 39205
(601) 427-3650
wwatkins@mslegalservices.org

*The Plaintiff's Attorneys*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2022 I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following persons:

>William R. Allen (#100541)
>Lance W. Martin (MSB #105203)
>Allen, Allen, Breeland & Allen, PLLC
>P. O. Box 751
>Brookhaven, MS  39602-0751

and I hereby certify that I have mailed by United States Postal Service or emailed the document to the following non-ECF participants:

>Kathy Davis
>300 Walter Reed Rd.
>Preston, MS 39354
>Kdavis1266@yahoo.com

                                                  _/s/_ Samuel L. Begley, Esq._