FORM 2(b) (ND/SD MISS. DEC. 2016)



FILED
MAR -9 2022
ARTHUR JOHNSTON
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
**Northern** DISTRICT OF MISSISSIPPI

**Dorsyl Wright** Plaintiff

v.

**James Moore, ET AL and Kathy Davis**

CIVIL ACTION
NO. **3:20-cv-473-DPJ-FKB**

Defendant

## NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

TO: All Counsel of Record

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✓) Check as appropriate:

_____ Interrogatories to: _____

_____ Requests for Production of Documents to: _____

_____ Requests for Admissions to: _____

FORM 2(b) (ND/SD MISS. DEC. 2016)

✓ Responses to Interrogatories of: Samuel Begley, Jackson, MS.
Allen, Allen, Allen, Brandon, MS.

✓ Responses to Requests for Production of Documents of: Samuel Begley, Jackson, MS
Allen, Allen + Allen, Brandon, MS.

___ Responses to Requests for Admissions of: _____

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

March 9, 2022                    Kathy Davis
Date                             Signature

_____
Typed Name & Bar Number