

Form 2(b) (ND/SD Miss. Dec. 2016)

## United States District Court
Northern District of Mississippi

Dorsyl Wright    Plaintiff

v.

James Moore, ET AL
and Kathy Davis

Civil Action
No.    3:20-cv-473-DPJ-FKB

Defendant

### Notice of Service of Interrogatories or Requests for Production of Documents or Responses Thereto

TO:   All Counsel of Record

Pursuant to L.U.Civ.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(V) Check as appropriate:

____ Interrogatories to:    _____

____ Requests for Production of
     Documents to:           _____

____ Requests for Admissions to:    _____

FORM 2(b) (ND/SD MISS. DEC. 2016)

✓ Responses to Interrogatories of: Samuel Begley, Jackson, MS.
Allen, Allen, Allen, Brandon, MS.

✓ Responses to Requests for Production of Documents of: Samuel Begley, Jackson, MS
Allen, Allen + Allen, Brandon, MS.

___ Responses to Requests for Admissions of: _____

Pursuant to L.U.Civ.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

March 9, 2022                          Kathy Davis
Date                                    Signature

_____
Typed Name & Bar Number